JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BRUCE VINCENT,

        Petitioner,

v.

KATHY MENDOZA-POWERS, Warden,

        Respondent.

No. CV 06-5482-CAS (PLA)

**JUDGMENT**

Pursuant to the Order Adopting Findings, Conclusions and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition in this matter is **GRANTED**, and the parole date set by the Board of Prison Terms is hereby reinstated.

DATED: January 6, 2010

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE