JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRUCE VINCENT, | No. CV 06-5482-CAS (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KATHY MENDOZA-POWERS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition in this matter is **GRANTED**, and the parole date set by the Board of Prison Terms is hereby reinstated.

DATED: January 6, 2010

_/s/ Christina A. Snyder_
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE